JESS R. MARCHESE, ESQ.
Nevada bar # 8175
601 S. Rancho Drive, B-14
Las Vegas, NV  89106
(702) 385-5377 Fax (702) 552-2672
marcheselaw@msn.com
Attorney for Defendant – BARBOZA

# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA
\* \* \*

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | 2:21-CR-00280-JCM |
| | ) | |
| Plaintiff, | ) | **STIPULATION AND ORDER** |
| | ) | |
| v. | ) | |
| | ) | |
| GIOVANNI BARBOZA, | ) | |
| | ) | |
| Defendant. | ) | |

## STIPULATION AND ORDER TO CONTINUE SENTENCING

IT IS HEREBY STIPULATED AND AGREED by and between JESS R. MARCHESE, ESQ. Counsel for Defendant GIOVANNI BARBOZA and MELANEE SMITH, Assistant United States Attorney, that the sentencing currently scheduled for June 23, 2023 at 10:00 a.m., be vacated and reset to a date in approximately thirty (30) days.

This Stipulation is entered into for the following reasons:

1. Counsel for the defendant has spoken to his in-custody client and he has no objection to the request for continuance.

2. Counsel for the defendant has spoken to counsel for the United States and she has no objection to the continuance.

3. Counsel for the defendant has a conflict on that date and time.

-1-

4. For all the above-stated reasons, the ends of justice would best be served by a continuance of the Arraignment to a date a time convenient to the court.

This is first request for continuance filed herein.

DATED: June 15, 2023,

| | |
|---|---|
| /S/ Jess R. Marchese | /S/ Melanee Smith |
| JESS R MARCHESE, ESQ. | MELANEE SMITH, ESQ. |
| 601 S. Rancho Drive, B-14 | Assistant United States Attorney |
| Las Vegas, Nevada 89106 | 501 Las Vegas Blvd South #1100 |
| Attorney for Defendant | Las Vegas, Nevada 89101 |

## **ORDER**

IT IS HEREBY ORDERED that the Sentencing currently scheduled for June 23, 2023, at 10:00 a.m., be continued to **July 26, 2023, at 10:30 a.m.**, in courtroom 6A.

DATED June 16, 2023.

_____
UNITED STATES DISTRICT JUDGE