___FILED                ___RECEIVED
___ENTERED              ___SERVED ON
        COUNSEL/PARTIES OF RECORD

AUG 2 8 2023

CLERK US DISTRICT COURT
DISTRICT OF NEVADA
BY:_____DEPUTY

# UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA

UNITED STATES OF AMERICA,

Plaintiff,

v.

GIOVANI BARBOZA,

Defendant.

2:21-CR-280-JCM-NJK

**Final Order of Forfeiture**

The United States District Court for the District of Nevada entered a Preliminary Order of Forfeiture under Fed. R. Crim. P. 32.2(b)(1) and (b)(2); 18 U.S.C. § 981(a)(1)(C) with 28 U.S.C. § 2461(c); 21 U.S.C. § 853(a)(1); 21 U.S.C. § 881(a)(6) with 28 U.S.C. § 2461(c); 18 U.S.C. § 924(d)(1) with 28 U.S.C. § 2461(c); 21 U.S.C. § 853(a)(2); 21 U.S.C. § 881(a)(11) with 28 U.S.C. § 2461(c); 18 U.S.C. § 924(d)(1), (2)(C), and (3)(B) with 28 U.S.C. § 2461(c); and 21 U.S.C. § 853(p) based upon the plea of guilty by Giovani Barboza to the criminal offenses, forfeiting the property set forth in the Stipulation to Modify the Plea Agreement and the Forfeiture Allegations of the Superseding Criminal Information and shown by the United States to have the requisite nexus to the offenses to which Giovani Barboza pled guilty. Superseding Criminal Information, ECF No. 86; Plea Agreement, ECF No. 88; Stipulation to Modify the Plea Agreement, ECF No. 89; Change of Plea, ECF No. 90; Preliminary Order of Forfeiture, ECF No. 93.

This Court finds that on the government's motion, the Court may at any time enter an order of forfeiture or amend an existing order of forfeiture to include subsequently located property or substitute property under Fed. R. Crim. P. 32.2(e) and 32.2(b)(2)(C).

This Court finds the United States published the notice of forfeiture in accordance with the law via the official government internet forfeiture site, www.forfeiture.gov,

Case 2:21-cr-00280-JCM-NJK   Document 101   Filed 06/01/23   Page 2 of 4

1  consecutively from March 30, 2023, through April 28, 2023, notifying all potential third

2  parties of their right to petition the Court. Notice of Filing Proof of Publication Exhibits,

3  ECF No. 97-1, p. 5.

4       This Court finds no petition was filed herein by or on behalf of any person or entity

5  and the time for filing such petitions and claims has expired.

6       This Court finds no petitions are pending regarding the property named herein and

7  the time has expired for presenting such petitions.

8       THEREFORE, IT IS HEREBY ORDERED, ADJUDGED, AND DECREED that

9  all possessory rights, ownership rights, and all rights, titles, and interests in the property

10  hereinafter described are condemned, forfeited, and vested in the United States under Fed.

11  R. Crim. P. 32.2(b)(4)(A) and (b)(4)(B); Fed. R. Crim. P. 32.2(c)(2); and 18 U.S.C.

12  § 981(a)(1)(C) with 28 U.S.C. § 2461(c); 21 U.S.C. § 853(a)(1); 21 U.S.C. § 881(a)(6) with 28

13  U.S.C. § 2461(c); 18 U.S.C. § 924(d)(1) with 28 U.S.C. § 2461(c); 21 U.S.C. § 853(a)(2); 21

14  U.S.C. § 881(a)(11) with 28 U.S.C. § 2461(c); 18 U.S.C. § 924(d)(1), (2)(C), and (3)(B) with

15  28 U.S.C. § 2461(c); 21 U.S.C. § 853(p); and 21 U.S.C. § 853(n)(7) and shall be disposed of

16  according to law:

    1. $4,080;

    2. $18,830;

    3. $1,180;

    4. Polymer80, Inc. (P80 Tactical P80) PF940C Pistol CAL:9 SN:None;

    5. ABC Rifle Company ABC-15 Rifle CAL:Multi SN:77-0324 (lower) with the recovered 7.62 (upper);

    6. HS Produkt (IM Metal) XD9 Sub-Compact Pistol CAL:9 SN:AT164686;

    7. Alex Pro Firearms, LLC APF-4 Pistol CAL:Multi SN:SF4-02578;

    8. Beretta, Pietro S.P.A. 92FS Pistol CAL:9 SN:A202075Z;

    9. Metro Arms Corporation American Classic II Pistol CAL:45 SN:A00275;

    10. Taurus PT1911 Pistol CAL:45 SN:NFX40778;

    11. Kimber Ultra Carry II Pistol CAL:45 SN:KU247785;

Case 2:21-cr-00280-JCM-NJK   Document 101   Filed 06/01/23   Page 3 of 4

12. Glock GMBH 26GEN4 Pistol CAL:9 SN:YEB729;

13. Suspected silencer, no manufacturer markings nor S/N;

14. Colt 1911-variant Pistol CAL:45 SN:CPE357;

15. Walther P22 Pistol CAL:22 SN:L039986;

16. 19 Rounds Assorted Ammunition CAL:9;

17. 28 Rounds Assorted Ammunition CAL:5.56;

18. 8 Rounds Assorted Ammunition CAL:22;

19. 24 Rounds Assorted Ammunition CAL:9;

20. 8 Rounds Speer Ammunition CAL:45;

21. 6 Rounds Federal Ammunition CAL:45;

22. 7 Rounds Assorted Ammunition CAL:45;

23. 8 Rounds Assorted Ammunition CAL:9;

24. 8 Rounds Remington Ammunition CAL:45;

25. 9 Rounds LC (Lake City) Ammunition CAL:5.56;

26. 21 Rounds Unknown Ammunition CAL:7.62;

27. 96 Rounds Assorted Ammunition CAL:45;

28. 177 Rounds Assorted Ammunition CAL:7.62;

29. 4 Rounds Assorted Ammunition CAL:9;

30. 14 Rounds Federal Ammunition CAL:9;

31. 45 Rounds Assorted Ammunition CAL:7.62;

32. 39 Rounds Assorted Ammunition CAL:9;

33. 7 Rounds Assorted Ammunition CAL:45;

34. 25 Rounds Assorted Ammunition CAL:45;

35. 14 Rounds Assorted Ammunition CAL:9;

36. 9 Rounds Assorted Ammunition CAL:.223;

37. 12 Rounds Assorted Ammunition CAL:22;

38. 5 Rounds Assorted Ammunition CAL:9;

39. 2 Rounds Assorted Ammunition CAL:45;

Case 2:21-cr-00280-JCM-NJK   Document 101   Filed 06/01/23   Page 4 of 4

1    40. 1 Rounds Wolf Ammunition CAL:7.62;

2    41. 11 Rounds Assorted Ammunition CAL:45;

3    42. 8 Rounds Assorted Ammunition CAL:45;

4    43. 2 Rounds Assorted Ammunition CAL:9; and

5    44. any and all compatible ammunition

6    (all of which constitutes property).

7    IT IS FURTHER ORDERED, ADJUDGED, AND DECREED that property shall

8    be disposed of according to law.

9    IT IS FURTHER ORDERED, ADJUDGED, AND DECREED that the Clerk send

10   copies of this Order to all counsel of record.

11

12   DATED _Aug. 18, 2023_, 2023.

13

14   _James C. Mahan_

15   JAMES C. MAHAN
     UNITED STATES DISTRICT JUDGE

16

17

18

19

20

21

22

23

24

25

26

27

28

4